IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMS3 LLC, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 18-3505 |
| CARESTREAM DENTAL, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 20th day of May, 2019, upon consideration of "Defendant Carestream Dental LLC's Motion to Transfer Venue to the United States District Court for the Northern District of Georgia" (Doc. No. 16), and the Response and Reply thereto, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is here by **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Defendant shall file an answer to the Complaint **within 30 days of the date of this Order.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,    J.**