IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMS3, LLC,** *Plaintiff* v. **CARESTREAM DENTAL, LLC,** *Defendant* | Case No. 2:18-cv-03505-JDW |

### ORDER

AND NOW, this 30th day of October, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion for Partial Summary Judgment of Plaintiff, OMS3, LLC (ECF No. 106) is **DENIED**;

2. Defendant Carestream Dental, LLC's Motion for Summary Judgment (ECF No. 108) is **GRANTED**;

3. Defendant Carestream Dental, LLC's Motion to Exclude Proposed Testimony of Vincent A. Thomas is **DENIED AS MOOT**; and

4. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge